# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLENN ELLSWORTH and
JACQUELINE ELLSWORTH, H/W,

      Plaintiffs,

      v.

TENDER TOUCH REHAB
SERVICES, LLC; TENDER TOUCH
REHAB PA, LLC; ENHANCE
THERAPIES OPCO, LLC and
ENHANCE THERAPIES, LLC,

      Defendants.

No. 4:25-CV-02149

(Chief Judge Brann)

## ORDER

### FEBRUARY 26, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants Tender Touch Rehab Services, LLC, Tender Touch Rehab PA, LLC, Enhance Therapies Opco, LLC, and Enhance Therapies, LLC's motion to dismiss, Doc. 28, is **GRANTED**. Plaintiffs Glenn and Jacqueline Ellsworth may file a second amended complaint, should they care to do so, within twenty-one (21) days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge