# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLENN ELLSWORTH and
JACQUELINE ELLSWORTH, H/W,

      Plaintiffs,

    v.

TENDER TOUCH REHAB SERVICES,
LLC; TENDER TOUCH REHAB PA,
LLC; ENHANCE THERAPIES OPCO,
LLC and ENHANCE THERAPIES,
LLC,

      Defendants.

No. 4:25-CV-02149

(Chief Judge Brann)

## ORDER

### JUNE 17, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss the second amended complaint as barred by the applicable statute of limitations under Federal Rule of Civil Procedure 12(b)(6), Doc. 36, is **GRANTED WITH PREJUDICE**.

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge